THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Joseph Wilson, Appellant.
 
 
 

Appeal From Williamsburg County
 Paula H. Thomas, Circuit Court Judge
Unpublished Opinion No. 2008-UP-641
Submitted November 3, 2008  Filed
 November 17, 2008    
APPEAL DISMISSED

 
 
 
 Patrick James McLaughlin, of Florence, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM: 
 Joseph Wilson appeals his convictions for murder, criminal conspiracy,
 attempted armed robbery and possession of a weapon during a violent crime.  Wilson argues the trial court erred in: failing to charge the jury on accessory to murder;
 failing to charge the jury on manslaughter; allowing the state to proceed with
 both the charge of armed robbery and possession of a weapon during a violent
 crime; and granting the states motion to amend the date on the indictments.  After
 a thorough review of the record, counsels brief, and appellants pro se brief pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Wilsons appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.  
WILLIAMS, PIEPER, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.